UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――x

Michael M. Goldberg,

    Appellant(s),

-against-                                      25 Civ. 8948 (CM)(SN)

Platinum Partners Value Arbitrage Fund L.P.,

    Appellee(s),

―――――――――――――――――――――――――x

## ORDER

McMahon, J.:

    The Court has set the following briefing schedule on this Bankruptcy appeal. Appellant's brief is due January 6, 2026; Appellees' opposition brief is due February 10, 2026; Appellant's reply brief is due February 24, 2026. Oral argument is set for Thursday, March 26, 2026 at 11:00 a.m. in courtroom 24A.

SO ORDERED:

*/s/ Colleen McMahon*

United States District Judge

Dated: November 6, 2025
New York, New York