UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

Michael M. Goldberg,

      Appellant(s),

  -against-

Platinum Partners Value Arbitrage Fund L.P.,

      Appellee(s),

_____x

25 Civ. 8948 (CM)(SN)

ORDER

McMahon, J.:

    The Court amended its prior scheduling Order (ECF No. 7) and a revised order was entered (ECF No. 15) setting a briefing schedule. Oral argument is re-scheduled to May 14, 2026 at 10:30 a.m. in courtroom 24A.

SO ORDERED:

United States District Judge

Dated: March 26, 2026
New York, New York