**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

In re:

PLATINUM PARTNERS VALUE
ARBITRAGE FUND L.P.
(IN OFFICIAL LIQUIDATION), *et al.*,

Debtors in Foreign Proceedings.
Chapter 15
Case No. 16-12925

-----------------------------------------------------------------X

MICHAEL M. GOLDBERG,

Appellant,

-against-

PLATINUM PARTNERS VALUE
ARBITRAGE FUND L.P.,

Appellee.

-----------------------------------------------------------------X

25 **CIVIL** 8948 (CM)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 30, 2026, the Bankruptcy Court's May 10, 2022 Modified Bench Decision and Order on Cross-Motions for Summary Judgment, Adv. Dkt. No. 44, its September 30, 2025 Memorandum Opinion and Order Awarding Damages, Adv. Dkt. No. 143, and the October 8, 2025 judgment entered thereon, Adv. Dkt. No. 145, are AFFIRMED. Judgment is entered in favor of Appellee; accordingly, the case is closed.

**Dated:** New York, New York
August 3, 2026

**TAMMI M. HELLWIG**

_______________________

**Clerk of Court**

**BY:** K. Mango

_______________________

**Deputy Clerk**